LANG v. HUDSON & M. R. CO. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Isidore Lang against

the Hudson & Manhattan Railroad Company. No opinion. Application granted. Order signed.